## AMERICAN MFRS. MUT. INS. CO. v. MORGAN

No. 25P02

Case below: 147 N.C. App. 438

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 June 2002.

## BEST v. DEPARTMENT OF HEALTH & HUMAN SERVS.

No. 277A02

Case below: 149 N.C. App. 882

Motion by respondent for temporary stay allowed 11 June 2002.

## BOSTIC PACKAGING, INC, v. CITY OF MONROE

No. 225P02

Case below: 149 N.C. App. 825

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

## BRIDWELL v. GOLDEN CORRAL STEAK HOUSE

No. 206P02

Case below: 149 N.C. App. 338

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

## CREECH v. MELNIK

No. 63P02

Case below: 147 N.C. App. 471
                355 N.C. 490

Motion by defendant to reconsider denial of petition for discretionary review denied 27 June 2002.